AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**

**12:18 pm Jan 22 2024**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

| | |
|---|---|
| United States of America<br>v.<br><br>Lin Kai<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.<br><br>5:24MJ1022-AMK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    August 2023 - January 20, 2024    in the county of    Holmes    in the

Northern   District of    Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Joyce, FBI Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:      01/22/2024

_____
*Judge's signature*

City and state:         Akron, Ohio

Amanda M. Knapp, U.S. Magistrate Judge
*Printed name and title*